### GRIFFIN v. PAINTER, SHERIFF.

1. THE case of *Albertson v. Kriechbaum, ante*, p. 11, followed.

*Appeal from the order of Hon. Josiah Given, Judge of Circuit Court of Polk County.*

FRIDAY, OCTOBER 24.

*W. S. Sickmon, Lehman & Park*, and *M. W. Folsom*, for appellant.

*Baylies & Baylies* and *Smith McPherson, Attorney-general*, for appellee.

REED, J.—This case presents the same questions that are considered in the second division of the opinion in the case of *Albertson v. Kriechbaum, ante*, p. 11, and, following that case, it is

AFFIRMED.